MOSES HEILMAN v. ISAAC LAZARUS.— Motion granted as far as to allow the appeal to be placed among the preferred causes of the May term.

OLIVER R. MARTIN v. AUGUSTUS PRENTISS.— Motion denied on the ground of laches, without costs.

MAXIMILLIAN FLEISCHMAN v. EMIL STERN.—Motion for reargument denied, with ten dollars costs.

ROBERT L. CUTTING, Receiver, &c., v. WILLIAM G. DAMEREL. — Motion for leave to go to the Court of Appeals, granted.

IN THE MATTER OF DIANA BANNISTER.— Motion denied, without costs.

ABEL HORTON v. JACOB R. SHIPHERD.— Motion denied on plaintiff stipulating within ten days that the credit of the preceding motion, costs upon the judgment, shall stand as it has been already made, otherwise motion granted.

MARIE A. WITTHAUS, Appellant, v. FREDERICK C. SCHACK, Respondent.— Motion to resettle order denied, without costs.

IN THE MATTER OF TITUS G. ELDRIDGE.— Petition denied.

JOHN J. MARVIN, Appellant, v. JAMES J. BROOKS, Respondent.— Order reversed and motion granted, without costs. Opinion by BRADY, J.

JACOB RUPERT, Appellant, v. CHRISTIAN F. HAUG, Respondent. — Order affirmed, with ten dollars costs and disbursements.

ANNA M. KERR, Respondent, v. THE LIVERPOOL AND GREAT WESTERN STEAMSHIP COMPANY (limited), Appellant. — Judgment affirmed, with costs. Opinion by DANIELS, J.

LOUISE M. TOURNICON, Appellant, v. DE LORD SAFFORD and others, Respondents. — Order affirmed, with ten dollars costs and disbursements.

THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. S. B. McCOY, Respondent. — Order affirmed. Opinion by BRADY, J.

CHAUNCEY VIBBARD and others, Appellants, v. CHESTER W. CHAPIN, Respondent, Impleaded with others. — Judgment affirmed.